**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**JEFFREY GRAY**                                                                                          **PLAINTIFF**

vs.                                                                            **CIVIL ACTION NO.: 1:24-CV-158-HSO-BWR**

**CITY OF WAVELAND, MISSISSIPPI;**
**SERGEANT JOSEPH JOFFRION; and**
**OFFICER WILLIAMS ANDRESS, in**
**their individual and official capacities**                                                       **DEFENDANTS**

## STIPULATION OF DISMISSSAL

It is stipulated, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Williams Andress is hereby dismissed from this case without prejudice in both his official and individual capacities.

Dated: October 16, 2024.

                                                Respectfully submitted,

                                                **PHELPS DUNBAR, LLP**

BY:   *G. Todd Butler*
           G. Todd Butler, MB #102907
           Sonya C. Dickson, MB #106284
           Post Office Box 320159
           Flowood, Mississippi 39232-0159
           Telephone: 601-352-2300
           Telecopier: 601-360-9777
           todd.butler@phelps.com
           sonya.dickso@phelps.com

**ATTORNEYS FOR DEFENDANTS**

**AGREED TO AS TO FORM AND CONTENT:**

       *M. Reed Martz*
       M. Reed Martz

              Freeland Martz, PLLC
              302 Enterprise Drive, Suite A
              Oxford, MS 38655
              Telephone: 662-234-1711

            ***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

I certify that I had a copy of this document filed electronically, which sent notice to all counsel of record.

SO CERTIFIED, this the 16th day of October, 2024.

                                                      *G. Todd Butler*
                                                     G. TODD BUTLER