**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**JEFFREY GRAY** **PLAINTIFF**

**VS.** **CIVIL ACTION NO.: 1:24-CV-158-HSO-BWR**

**CITY OF WAVELAND, MISSISSIPPI; and SERGEANT JOSEPH JOFFRION; in his individual and official capacity** **DEFENDANTS**

**NOTICE OF SERVICE OF DEFENDANTS' SECOND SUPPLEMENTAL PRE-DISCOVERY DISCLOSURE INFORMATION**

**To: All Counsel of Record**

Pursuant to L.U. CIV.R. 5(D)(3), notice is hereby given that on this date I served the following discovery device(s):

- *Defendants' Second Supplemental Pre-Discovery Disclosures*

Pursuant to L.U.CIV.R. 5(D)(3), I acknowledge my responsibilities as the custodian of the original(s) of the documents identified above.

May 5, 2025
Date

*/s/ Sonya C. Dickson*

G. Todd Butler, MB #102907
Sonya C. Dickson, MB #106284
1905 Community Bank Way, Suite 200
Flowood, Mississippi 39232
Post Office Box 320159
Flowood, Mississippi 39232
Telephone: 601-352-2300
Telecopier: 601-360-9777
Email: Todd.Butler@phelps.com
Sonya.Dickson@phelps.com

**ATTORNEYS FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

I, Sonya C. Dickson, do hereby certify that I have this day electronically filed the above and foregoing *NOTICE OF SERVICE* with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Dated: May 5, 2025.

*/s/ Sonya C. Dickson*
Sonya C. Dickson