# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**JEFFREY GRAY**                                                                                             **PLAINTIFF**

**VS.**                                                            **CIVIL ACTION NO.: 1:24-CV-158-HSO-BWR**

**CITY OF WAVELAND, MISSISSIPPI; and**
**SERGEANT JOSEPH JOFFRION; and**
**WILLIAMS ANDRESS**                                                                                      **DEFENDANTS**

## STIPULATION OF DISMISSAL

It is stipulated that all claims against Defendants the City of Waveland, Mississippi; Joseph Joffrion; and Williams Andress ("Defendants") may be dismissed with prejudice pursuant to the terms of a Confidential Settlement Agreement and Release entered into between Defendants and Plaintiff Jeffrey Gray which includes full provisions for any and all claims of attorneys' fees and costs arising in this action.

Based on this stipulation, the parties agree that the Court may enter a Final Judgment dismissing this case with prejudice.

Dated: June 18, 2025.                                    Respectfully submitted,

                                                         PHELPS DUNBAR LLP

                                        BY:     */s/ G. Todd Butler*
                                                PHELPS DUNBAR LLP
                                                G. Todd Butler, MB #102907
                                                Sonya Chen Dickson, MB #106284
                                                1905 Community Bank Way, Suite 200
                                                Post Office Box 320159
                                                Flowood, Mississippi 39232
                                                Telephone: 601-352-2300
                                                Telecopier: 601-360-9777
                                                Email: todd.butler@phelps.com
                                                         Sonya.dickson@phelps.com
                                                **ATTORNEYS FOR DEFENDANTS**

**Agreed to as to form and content:**

<u>*Reed Martz*</u>
Reed Martz, MB#101443
302 Enterprise Dr.
Oxford, MS 38655
662-234-1711
reed@freelandmartz.com
**Counsel for Plaintiff**

## **CERTIFICATE OF SERVICE**

I certify that I had a copy of this document filed electronically, which sent notice to all counsel of record.

SO CERTIFIED, this the 18th day of June, 2025.

>	*/s/ G. Todd Butler*
>	G. Todd Butler