IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JEFFREY GRAY**                                                            **PLAINTIFF**

**VS.**                                          **CIVIL ACTION NO.: 1:24-CV-158-HSO-BWR**

**CITY OF WAVELAND, MISSISSIPPI; and**
**SERGEANT JOSEPH JOFFRION; and**
**WILLIAMS ANDRESS**                                     **DEFENDANTS**

## AGREED AMENDED JUDGMENT OF DISMISSAL WITH PREJUDICE

The parties have agreed to and announced to the Court a confidential settlement of this case and, the Court, being advised that the parties have an informed understanding of their rights and a full appreciation of the consequences of the confidential settlement, is desirous that this matter be finally closed on the docket.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE as to all parties and all claims, with the parties to bear their own costs.

SO ORDERED AND ADJUDGED, this the 20th day of June, 2025.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
CHIEF UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM AND CONTENT:

| | |
|---|---|
| */s/ Michael R. Martz* | */s/ G. Todd Butler* |
| Michael R. Martz | G. Todd Butler |
| ***ATTORNEY FOR PLAINTIFF*** | ***ATTORNEY FOR DEFENDANTS*** |